Kevin S. Sinclair, Esq., Nevada Bar No. 12277
  *ksinclair@earlysullivan.com*
Sophia S. Lau, Esq., Nevada Bar No. 13365
  *slau@earlysullivan.com*
EARLY SULLIVAN WRIGHT
  GIZER & McRAE LLP
8716 Spanish Ridge Avenue, Suite 105
Las Vegas, Nevada 89148
Telephone: (702) 331-7593
Facsimile: (702) 331-1652

Attorneys for Defendant
FIDELITY NATIONAL TITLE INSURANCE COMPANY

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WILMINGTON SAVINGS FUND SOCIETY, FSB DBA CHRISTIANA TRUST AS TRUSTEE FOR HLSS MORTGAGE MASTER TRUST FOR THE BENEFIT OF THE HOLDERS OF THE SERIES 2014-1 CERTIFICATES ISSUED BY HLSS MORTGAGE MASTER TRUST<br><br>Plaintiff,<br><br>vs.<br><br>FIDELITY NATIONAL TITLE INSURANCE COMPANY,<br><br>Defendant. | Case No.: 2:19-cv-00959-JCM-VCF<br><br>**STIPULATION AND PROPOSED ORDER EXTENDING DEFENDANT FIDELITY NATIONAL TITLE INSURANCE COMPANY'S TIME TO RESPOND TO COMPLAINT**<br><br>**(First Request)** |

Plaintiff Wilmington Savings Fund Society, FSB DBA Christiana Trust As Trustee for HLSS Mortgage Benefit of the Holders of the Series 2014-1 Certificates Issued by HLSS Mortgage Master Trust, ("Wilmington") and Defendant Fidelity National Title Insurance Company ("Fidelity"), by and through their counsel of record, hereby stipulate as follows:

**WHEREAS**, Wilmington filed its complaint in this matter on June 5, 2019 (ECF No. 1);

**WHEREAS**, Fidelity was served with the summons and complaint on or about September 3, 2019;

**WHEREAS**, Fidelity's response to the complaint is due September 24, 2019;

**WHEREAS**, Wilmington has agreed to extend Fidelity's time to respond to the complaint to October 8, 2019; and



510905.2

1
**STIPULATION AND PROPOSED ORDER**

**WHEREAS**, this is the first stipulation for an extension of Fidelity's time to respond to the complaint.

Now, therefore, the parties hereto, by and through their counsel of record, hereby stipulate and agree as follows:

1. Fidelity shall file its response to the complaint on or before <u>October 8, 2019</u>.

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//



2. Fidelity intends to preserve its right and does not expressly waive any and all defenses listed in Fed. R. Civ. P. 12(b), including with respect to whether it is subject to personal jurisdiction in this forum.

Dated this 24th day of September 2019        EARLY SULLIVAN WRIGHT
                                             GIZER & McRAE LLP

                                             */s/--Kevin S. Sinclair*
                                             By: _____
                                             Kevin S. Sinclair, Esq.
                                             Nevada Bar No. 12277
                                             Sophia S. Lau, Esq.
                                             Nevada Bar No. 13365
                                             8716 Spanish Ridge Avenue, Suite 105
                                             Las Vegas, Nevada  89148

                                             Attorneys for Fidelity National Title Insurance Company

Dated this 24th day of September 2019        WRIGHT, FINLAY & ZAK, LLP

                                             */s/--Lindsay D. Robbins*

                                             By: _____
                                             Matthew S. Carter, Esq.
                                             Nevada Bar No. 9524
                                             Lindsay D. Robbins, Esq.
                                             Nevada Bar No. 13474
                                             7785 W. Sahara Ave., Suite 200
                                             Las Vegas, NV 89117

                                             Wilmington Savings Fund Society, FSB DBA Christiana Trust As Trustee for HLSS Mortgage Benefit of the Holders of the Series 2014-1 Certificates Issued by HLSS Mortgage Master Trust

## **ORDER**

**IT IS SO ORDERED:**

By: _____
    Cam Ferenbach
    UNITED STATES MAGISTRATE JUDGE
          September 25, 2019
    Dated: _____

