WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Lindsay D. Dragon, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 637-2345; Fax: (702) 946-1345
dbrenner@wrightlegal.net
ldragon@wrightlegal.net
*Attorney for Plaintiff, Wilmington Savings Fund Society, FSB DBA Christiana Trust as Trustee for HLSS Mortgage Master Trust for the Benefit of the Holders of the Series 2014-1 Certificates Issued by HLSS Mortgage Master Trust*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| WILMINGTON SAVINGS FUND SOCIETY, FSB DBA CHRISTIANA TRUST AS TRUSTEE FOR HLSS MORTGAGE MASTER TRUST FOR THE BENEFIT OF THE HOLDERS OF THE SERIES 2014-1 CERTIFICATES ISSUED BY HLSS MORTGAGE MASTER TRUST,<br><br>Plaintiff,<br><br>vs.<br><br>FIDELITY NATIONAL TITLE INSURANCE COMPANY,<br><br>Defendant. | Case No.:  2:19-cv-00959-JCM-VCF<br><br>**STIPULATION AND ORDER TO DISMISS CASE WITH PREJUDICE** |

Plaintiff, Wilmington Savings Fund Society, FSB DBA Christiana Trust as Trustee for HLSS Mortgage Master Trust for the Benefit of the Holders of the Series 2014-1 Certificates Issued by HLSS Mortgage Master Trust and Defendant, Fidelity National Title Insurance Company (collectively referred to as the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

/ / /

/ / /

/ / /

1    **IT IS HEREBY STIPULATED AND AGREED** that the Complaint is  dismissed

2    WITH PREJUDICE, with each party to bear its own fees and costs.

3    DATED this 29th day of September, 2023.          DATED this 29th day of September, 2023.

4    WRIGHT, FINLAY & ZAK, LLP                        SINCLAIR BRAUN KARGHER LLP

5

6    _/s/ Lindsay D. Dragon_____              _/s/ Kevin S. Sinclair_____

7    Lindsay D. Dragon, Esq.                          Kevin S. Sinclair, Esq.
     Nevada Bar No. 13474                             Nevada Bar No. 12277

8    7785 W. Sahara Ave., Suite 200                   15260 Ventura Blvd., Ste 715
     Las Vegas, NV 89117                              Sherman Oaks, California 91403

9    *Attorney for Plaintiff, Wilmington Savings*     *Attorneys for Defendant, Fidelity National*

10   *Fund Society, FSB DBA Christiana Trust as*      *Title Insurance Company*
     *Trustee for HLSS Mortgage Master Trust for*

11   *the Benefit of the Holders of the Series 2014-1*
     *Certificates Issued by HLSS Mortgage Master*

12   *Trust*

13

14

15

16   **IT IS SO ORDERED.**

17

18   DATED:_____  September 29, 2023          _____

19                                                  UNITED STATES DISTRICT JUDGE

20

21

22

23

24

25

26

27

28